IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MYRTLE BEACH HEATING & COOLING, INC. AND CLOCKWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO.: 4:12-CV-01250-RBH |
| JOSEPH MASCETTI, JOE HALLER AND MADIBELLA, LLC D/B/A A+ HEATING AND COOLING AND SWIFT SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT ORDER EXTENDING DEADLINES**

Before the Court is Plaintiff Myrtle Beach Heating & Cooling, Inc.'s ("Plaintiff") motion to compel Defendants to respond to discovery. After a phone conference between the Court and the parties, Plaintiff has agreed to withdraw its motion to compel without prejudice, and Defendants have agreed to deliver full discovery responses within seven (7) days, by September 27, 2012.

For the reasons discussed with the parties during their telephone conference on September 20, 2012, the Court is of the opinion that the deadlines set forth in its Conference and Scheduling Order in this case should be extended by thirty (30) days. It is therefore ORDERED that all deadlines set forth in the Conference and Scheduling Order dated June 4, 2012 shall be extended by thirty (30) days.

IT IS SO ORDERED.

s/R. Bryan Harwell
Hon. R. Bryan Harwell
United States District Court Judge

Dated this 20th day of September, 2012.