IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Myrtle Beach Heating & Cooling, Inc. and Clockwork, Inc., | ) ) ) | C.A. No.: 4:12-cv-01250-RBH |
| Plaintiffs, | ) ) | **O R D E R** |
| Joseph Mascetti, Joe Haller, and MadiBella, LLC, | ) ) ) | |
| Defendants. | ) ) | |
| ———————————————— | ) | |

Based upon the present situation concerning Defendants' counsel, Mark A. Brunty, the Court orders the matter stayed until May 1, 2013. Plaintiffs' counsel should file a status report by April 29, 2013.

The Court hereby notifies the trustee of Mr. Brunty's files that the Clerk shall lift the stay on May 1, 2013. If other counsel has not appeared by May 1, 2013, the individual defendants may proceed *pro se* at that time. However, the trustee should notify the limited liability company, MadiBella, LLC, that it cannot proceed without counsel and that counsel must be admitted in this district. *See* Loc.Civ.R.83.I.07(3), District of South Carolina.

**AND IT IS SO ORDERED**.

Florence, SC                                          s/R. Bryan Harwell
December 5, 2012                                    United States District Judge